## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:17-00111-KD-MU |
| | ) |
| TERIYAKIAS VONDEZ GILLIAM, | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on Defendant Teriyakias Gilliam's motion for early termination from supervised release (SRT). (Doc. 179).

On May 24, 2017, Gilliam was indicted for conspiracy to distribute methamphetamine (exceeding 50 grams) (21 U.S.C. § 846) (Count One); possession with intent to distribute 480 grams of methamphetamine (21 U.S.C. § 841(a)(1)) (Count Two); and possession with intent to distribute 995 grams of methamphetamine (21 U.S.C. § 841(a)(1)). (Count Three). (Doc. 1). On August 11, 2017, Gilliam plead guilty to conspiracy to distribute methamphetamine (Count One). (Doc. 43). On February 2, 2018, this Court sentenced Gilliam to the custody of the U.S. Bureau of Prisons for 36 months, followed by a five (5) year SRT term with special conditions. (Doc. 86). On October 19, 2023, Gilliam filed the present motion. (Doc. 179).

In response to Gilliam's motion, the U.S. Probation Office notified the Court that Gilliam began serving his SRT on November 19, 2019, under SDAL supervision, and his SRT is set to expire on November 18, 2024. The Probation Office reports that Gilliam has been compliant with all conditions of his SRT, has maintained stable employment since his release, and now owns a business. The Probation Office recommends that Gilliam be discharged from SRT. Additionally, the Probation Office states that there is no objection by the United States to Gilliam's motion.

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C.

§ 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).  Gilliam has served approximately 47 months of his 60-month SRT (more than one (1) year); thus, he is eligible for early termination. Therefore, the Court looks to whether Gilliam's present conduct warrants early termination and whether early termination would serve the interest of justice. 18 U.S.C. § 3583(e)(1). Factors to consider include the defendant's history and characteristics, deterrence to criminal conduct, protection of the public from future crimes by the defendant, and the need for educational training or other types of care in the most efficient manner. 18 U.S.C. § 3583(e) (referencing § 3553(a) factors).

The Court acknowledges the Probation Office's report that Gilliam has been compliant with conditions of supervision. Additionally, Gilliam has maintained employment and now owns and operates a business.  Moreover, there is no objection by the United States to Gilliam's early SRT termination. Accordingly, the Court is satisfied that early termination would serve the interests of justice and that Gilliam's present conduct warrants early termination.

Upon consideration of the relevant Section 3553(a) factors, it is **ORDERED** that Gilliam's motion (Doc. 179) is **GRANTED**. Accordingly, Defendant Teriyakias Vondez Gilliam is hereby **DISCHARGED** from SRT (supervised release term).

The Clerk is **DIRECTED** to mail a copy of this Order to Gilliam.

**DONE** and **ORDERED** this the **3rd** day of **November 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**